NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1402

SYLVIA FRANCIS

VERSUS

ALLSTATE INSURANCE COMPANY
AND HEBERT SUPERMARKET, INC.

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 02-65037
HONORABLE CHARLES LEE PORTER, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and James T. Genovese,
Judges.

AFFIRMED.

Philip S. Aucoin, Jr.
Law Offices of Harold G. Toscano
400 East Kaliste Saloom Road
Suite 8300
Lafayette, LA 70508
(337) 291-1743
Counsel for Defendants/Appellees:
    Allstate Insurance Company
    Hebert Supermarket, Inc.

Archie P. Joseph
Attorney at Law
P. O. Box 1283
Breaux Bridge, LA 70517
(337) 332-5287
Counsel for Plaintiff/Appellant:
    Sylvia Francis